# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145198

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DANIEL RAY DOSENBERRY,
     Defendant-Appellant.

SC: 145198
COA: 309050
Allegan CC: 08-015985-FC

_____/

     On order of the Court, the application for leave to appeal the April 11, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

h1015